UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
           :
KELLY TOYS HOLDINGS, LLC,           :
           :
           Plaintiff,           :
           :    21 Civ. 8431 (JPC)
      -v-           :
           :    <u>ORDER</u>
WWW.SQUISHMALLOW-OFFICIAL.COM,           :
WWW.PAPCOOL.NET, PAPCOOL, TIEN NGUYEN :
and VIET LIFE TV LLC *d/b/a* :
WWW.VIETLIFETV.NET,           :
           :
           Defendants.           :
           :
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      For the reasons stated on the record, after finding that Kelly Toys Holdings, LLC, has shown good cause under Federal Rule of Civil Procedure 65(b)(2) to extend the Temporary Restraining Order ("TRO"), the Court extends the TRO entered on October 15, 2021, until November 10, 2021. On November 10, 2021, at 10:00 a.m., Defendants shall appear via a teleconference to show cause why the Court should not enter a preliminary injunction under Federal Rule of Civil Procedure 65(a). At the scheduled time, counsel for all parties should call (866) 434-5269, access code 9176261. Kelly Toys shall electronically serve a copy of this order on Defendants.

      SO ORDERED.

Dated: October 29, 2021
      New York, New York

                                        JOHN P. CRONAN
                                    United States District Judge